## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| TORI BAILEY, | : | CIVIL ACTION NO.  11-CV-1153 |
| | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| LYNDA M. HALEY, ET AL., | : | |
| | : | |
| Defendants | : | |
| | : | |

## ORDER

     **AND NOW**, this _____ day of March 2012, upon consideration of Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 12) and Plaintiff's Response thereto (Doc. 15), **IT IS HEREBY ORDERED** and **DECREED** that Defendants' Motion to Dismiss is **GRANTED**.[1]

     IT IS FURTHER ORDERED that Plaintiff's Motion to Extend Time to Move for Class Certification (Doc. 16) is **DENIED as MOOT**.[2]

     **IT IS FURTHER ORDERED** that the Clerk of Court shall close this case for statistical purposes.

     **BY THE COURT**:

     **/s/ Petrese B. Tucker**

     _____

     **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies a memorandum opinion issued by the Court on March __. 2012.

[2] Because this Court grants Defendants' Motion to Dismiss as set forth above, Plaintiff's Motion to Extend Time to Move for Class Certification (Doc. 16) is moot.